UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS J. FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:12-cv-768 |
| vs. | ) | |
| | ) | |
| BRIDGEWOOD HEALTH CARE, | ) | |
| CENTER, L.L.C. | ) | (Removal from the Missouri |
| | ) | Circuit Court, Sixteenth Judicial |
| Defendant. | ) | Circuit, Jackson County, Missouri, |
| | ) | Case 1216-CV09514) |

### DEFENDANT'S NOTICE OF REMOVAL TO THE PLAINTIFF

To: Phyllis J. Fox
7345 Tracy
Kansas City, MO 64130

PLEASE TAKE NOTICE that Defendant Bridgewood Health Care Center, L.L.C. has filed, in the United States District Court of the Western District of Missouri, Western Division its notice of removal to remove the above-captioned case from the Missouri Circuit Court, Sixteenth Judicial Circuit (Jackson County).

Respectfully submitted,

**HESSE MARTONE, P.C.**

By: /s/ Matthew B. Robinson
Andrew J. Martone, # 37382
Matthew B. Robinson, # 52954
1650 Des Peres Road
Suite 200
St. Louis, MO 63131
(314) 862-0300 – Telephone
(314) 862-7010 – Facsimile
andymartone@hessemartone.com
mattrobinson@hessemartone.com

*Attorneys for Defendant*
*Bridgewood Health Care Center, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served via regular, U.S. Mail, postage prepaid, this 26th day of June, 2012 to:

Phyllis J. Fox
7345 Tracy
Kansas City, MO 64130

/s/ Matthew B. Robinson